IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>KIMBERLY ANN WHALEN<br>    **Debtor(s)** | Case No.: 5:17-00242 (RNO) |
| AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL<br>    **Movant** | Chapter 13<br><br>Docket No. |
| v. | 11 U.S.C. 362 |
| KIMBERLY ANN WHALEN<br>    **Respondent(s)** | |
| CHARLES J. DEHART, III<br>    **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2013 Chrysler 200** bearing vehicle identification number 1C3CCBBB4DN735995 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: August 6, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)